UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

LEONARD JOHNSON,

                      Plaintiff,

      -against-

THE CITY OF NEW YORK, ET AL.,

                  Defendants.

------------------------------------------------------------ x

**ORDER GRANTING
DEFENDANT'S MOTION TO
DISMISS**

25 Civ. 7969 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The State of New York moves to dismiss all claims against it. *See* ECF Nos. 44

& 45. Plaintiff does not oppose the motion and acknowledges that such claims must be brought

in the Court of Claims. *See* ECF No. 47.

        The motion is granted. The claims against the State of New York are dismissed.

        The Clerk of Court shall remove the State of New York as a defendant in this

action and terminate ECF No. 44.

        SO ORDERED.

Dated:      April 29, 2026
           New York, New York

                           ALVIN K. HELLERSTEIN
                           United States District Judge