UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD JOHNSON,

Plaintiff,

-against-

THE CITY OF NEW YORK ET AL,

Defendants.

**ORDER GRANTING MOTION TO DISMISS**

25 Civ. 7969 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On June 23, 2026, Defendant Daniel F. Martuscello III moved to dismiss all claims asserted against him pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). *See* ECF No. 53.

On August 5, 2026, Plaintiff advised the Court that he does not oppose Martuscello's motion to dismiss the claims set forth against him in this matter. *See* ECF No. 56.

In light of Plaintiff's representation, the motion is granted. The claims against Daniel F. Martuscello III are dismissed.

The Clerk of Court shall remove Daniel F. Martuscello III as a defendant in this action and shall terminate ECF No. 52.

SO ORDERED.

Dated: August 13, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge